IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3054 |
| vs. | |
| SHAWN EUGENE DODSON, | ORDER |
| Defendant. | |

Based on the evidence before the court, Defendant has violated the conditions of Defendant's supervised release. After considering available options,

IT IS ORDERED that Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 1:00 p.m. on January 21, 2022.

2) The defendant shall comply with all terms and conditions probation and release previously imposed by the court, and the following additional conditions:

   a. When an opening becomes available, Defendant shall reside in the Residential Reentry Center, Dismas in Kearney, Nebraska (RRC), for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer. Defendant shall observe the rules of that facility. Defendant may be discharged earlier than 180 days by the probation officer if he is determined to be in full compliance with the conditions of supervision.

b. If the defendant is discharged from the RRC for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

c. The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paperwork.

d. This order does not moot the pending petition for an offender under supervision.

Dated this 26th day of October, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge