IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SHAWN EUGENE DODSON,<br><br>           Defendant. | 4:17CR3054<br><br>**DETENTION ORDER** |

    Defendant was afforded an opportunity for a hearing, but is currently being held in state custody on related charges, and agreed to waive the right to a detention hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

    Accordingly,

    IT IS ORDERED:

1)     Defendant shall be returned to state custody for confinement on state charges.
2)     Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

    April 6, 2022.

                                                                   BY THE COURT:

                                                                   *s/ Cheryl R. Zwart*
                                                                   United States Magistrate Judge